UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00485

**Kevin James Kohute,**
*Plaintiff,*

v.

**Port of Galveston,**
*Defendant.*

# ORDER

Plaintiff Kevin James Kohute filed this action alleging violations of his constitutional rights in violation of 42 U.S.C. § 1983. Doc. 1. The case was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b). Doc. 3. On January 13, 2025, the magistrate judge issued a report recommending that the complaint be dismissed with prejudice for failure to state a claim and that plaintiff be warned against the continued practice of filing frivolous lawsuits. Doc. 4. Plaintiff received the report on January 17, 2025. Doc. 5. He has not filed written objections.

When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's action is dismissed with prejudice for failure to state a claim. Any pending motions are denied as moot.

Consistent with the court's sanction previously imposed, *see Kohute v. Nat'l Rifle Ass'n*, No. 6:24-cv-00475, Doc. 6 (E.D. Tex. Jan. 29, 2025), the clerk shall not accept any new lawsuits from Kevin Kohute unless such lawsuit is filed by an attorney licensed to practice in the U.S. District Court for the Eastern District of Texas and the full filing fee is paid at the outset of the case.

Kohute is further cautioned that, should he continue to file frivolous documents in violation of his sanctions, the court will impose additional sanctions against him, including potential monetary sanctions. *See Jackson v. Carpenter*, 921 F.2d 68, 69 (5th Cir. 1991) (cautioning a pro se litigant that the continued abuse of the legal system "will trigger increasingly severe sanctions, including the ultimate denial of access to the judicial system absent specific prior court approval").

*So ordered by the court on April 25, 2025.*

J. CAMPBELL BARKER
United States District Judge